United States Bankruptcy Court
Central District of Illinois

In re:                                                    Case No. ___19-71838___

 STEVEN PETROVICS AND LISA M PETROVICS

Debtor(s)                                                 Chapter __13__

### NOTICE OF INTENT TO SELL

Steven and Lisa Petrovics    hereby gives notice of intent to sell the following property:

2908 Clearwater Ave. Bloomington, IL 61704

*Choose one of the following*:

[ ]  at Public Sale Date: _____
              Time: _____
              Place: _____
                     _____

[✓]  at Private Sale to:   Avijit Mukherjee
                           _____

     For the Amount of :   $251,000.00
     Terms of Sale:        The buyer shall pay $5,000 down as earnest money with the rest due at closing.
                           Closing to take place as soon as possible.  Rushmore Loan PO Box 55004
                           Irvine, CA shall be paid in full at the time of closing.  After a 6% real estate
                           commission, pro rate real estate taxes, seller attorney fees, other customary
                           closing costs, and the mortgage payoff to Rushmore, there are estimated to be
                           $63,829.09 in net proceeds that the debtors are seeking to retain in full.

**Your rights may be affected.  You should read these papers carefully and discuss
them with your attorney if you have one in this bankruptcy case.  (If you do not have an
attorney, you may wish to consult one.)  If no objections are filed with the Clerk of the U.S.
Bankruptcy Court at 226 U.S. Courthouse, 600 East Monroe, Springfield, IL 62701 to this
Notice of Intent to Sell on or before** __April 26, 2023__ **, an order may be entered
authorizing this sale.** Go to **www.ilcb.uscourts.gov** for information regarding this court's
**mandatory** electronic filing policy.

Date: __April 3, 2023__              Name: __/s/ Adrienne Atkins__
                                     Address: __226 US Courthouse__
                                              __600 E Monroe Street__
                                              __Springfield, IL 62701__